JEFFREY A. KAISER, ESQ. (SBN 160594)
SHANNON S. PATEL, ESQ. (SBN 239314)
RAYMOND D. MUELLER, ESQ. (SBN 215358)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone      (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiff
VIRGIE STAYTON, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE STAYTON, Individually and on Behalf of the Estate of EDWARD STAYTON, decedent, et al., | Case No. 3:09-CV-01514-EDL |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT |
| vs. | |
| A.W. CHESTERTON COMPANY, et al., | Courtroom:    Courtroom E, 15th Floor San Francisco, California |
| Defendants. | The Honorable Elizabeth D. Laporte |

482407_1.DOC                    PAGE 1        STIPULATION AND PROPOSED ORDER TO REMAND.

**STIPULATION**

Plaintiff Virgie Stayton, and Defendant Foster Wheeler LLC, by and through their respective counsel, hereby stipulate to Foster Wheeler LLC's withdrawal of its notice of removal. By such stipulation, Plaintiffs and Defendant Foster Wheeler LLC respectfully request this court to immediately remand this case to state court.

IT SO STIPULATED:

Dated: April 8, 2009                    **LEVIN SIMES KAISER & GORNICK LLP**

By: _____
           Shannon S. Patel
           Attorneys for Plaintiff

Dated: April 8, 2009                    **BRYDON HUGO & PARKER**

By: _____
           Thomas Moses
           Attorneys for Defendant
           Foster Wheeler LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Good cause appearing from Foster Wheeler LLC's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated April __10__, 2009

Hon. Eliza IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

482407_1.DOC                PAGE 3          STIPULATION AND PROPOSED ORDER TO REMAND.